```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  JUN 17 2016

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY              DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-00398-SJO |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | 18 U.S.C. § 3143(a) |
| Brian Enrico Alfaro Flores ) | Allegations of Violations of Probation/Supervised Release Conditions) |
| Defendant. ) | |

On arrest warrant issued by the United States District Court for the   CDCA   involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

    A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: criminal history

    B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: illegal status; multiple illegal entries; criminal history

IT IS ORDERED that defendant be detained.

DATED: 6/17/16

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge